IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| v. | § NO. 9:18CR45 / Hawthorn § JUDGE CLARK |
| | § |
| MARIA HERNANDEZ A/K/A: MARIA ELIZABETH SIGALA | § § |

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

**INDICTMENT**

DEC - 6 2018

THE UNITED STATES GRAND JURY CHARGES:

BY
DEPUTY_____

**Count One**

Violation: 18 U.S.C. § 911 (False representation of United States citizenship)

On or about November 30, 2016, in the Eastern District of Texas, the defendant, **Maria Hernandez, a/k/a: "Maria Elizabeth Sigala"**, an alien in the United States, falsely and willfully represented herself to be a citizen of the United States.

In violation of 18 U.S.C. § 911.

**Count Two**

Violation: 18 U.S.C. § 1542 (False statement in application for passport)

On or about November 30, 2016 in the Eastern District of Texas, and elsewhere, the defendant, **Maria Hernandez, a/k/a: "Maria Elizabeth Sigala"**, willfully and knowingly made a false statement in an application for a passport with intent to induce

and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated that she was a United States citizen, which statement she knew to be false.

In violation of 18 U.S.C. § 1542.

### Count Three

Violation: 42 U.S.C. § 408(a)(7)(A) (Use of unauthorized Social Security number)

On or about November 30, 2016, in the Eastern District of Texas and elsewhere, **Maria Hernandez, a/k/a: "Maria Elizabeth Sigala"**, defendant, did knowingly and willfully and with intent to deceive, did use Social Security Account Number \*\*\*-\*\*-8635, that had been assigned by the Commissioner of Social Security to her on the basis of false information furnished to the Commissioner of Social Security by her or any other person, for the purpose of obtaining a benefit to which she is not entitled or some other purpose.

All in violation of 42 U.S.C. § 408(a)(7)(A).

### Count Four

Violation: 18 U.S.C. § 1028A(Aggravated Identity Theft)

On or about November 30, 2016 in the Eastern District of Texas, the defendant, **Maria Hernandez, a/k/a: "Maria Elizabeth Sigala"**, did knowingly use without lawful authority, a means of identification of another person during and in relation to a felony

violation enumerated in 18 U.S.C. § 1028A(c), to wit: Section 18 U.S.C. § 1542, False Statement in application for passport, knowing that the means of identification belonged to another actual person.

In violation of 18 U.S.C. § 1028A.

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE
### Criminal Forfeiture Pursuant to 18 U.S.C. §982(a)(6)(A)(i) and (ii)(I) and (II)

As the result of committing the offenses alleged in Count Two of this indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. §982(a)(6)(A)(i) and (ii)(I) and (II); , all property, real or personal, that constitutes or is derived from proceeds traceable to the aforementioned offense. All such property is forfeitable to the United States, that is:

a. Any and all fraudulent and fraudulently obtained documents or means of identification, whether expired or not, including, but not limited to:

   i. United States passports, Social Security cards, birth certificates, and Texas drivers licenses issued to the defendant.

All pursuant to 18 U.S.C. §982(a)(6)(A)(i) and (ii)(I) and (II).


A TRUE BILL

*[signature]*
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____          ____12/6/18____
PAUL A. HABLE                             Date
Assistant United States Attorney
415 S. First Street, Suite 201
Lufkin, Texas  75901
Bar Card No. 24038934

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § NO. 9:18CR 45 |
| | § |
| v. | § JUDGE _____ |
| | § |
| MARIA HERNANDEZ | § |
| A/K/A: "MARIA ELIZABETH SIGALA | |

## NOTICE OF PENALTY

### Count One

Violation: 18 U.S.C. § 911 (False representation of United States citizenship)

Penalty: Imprisonment of not more than 3 years, a fine of not more than $250,000.00 (or twice the pecuniary gain to the defendant or loss to the victim), or both, and a term of supervised release of not more than one (1) year.

Special Assessment: $100.00

### Count Two

Violation: 18 U.S.C. § 1542 (False statement in application for passport)

Penalty: Imprisonment of not more than 10 years, a fine of not more than $250,000.00 (or twice the pecuniary gain to the defendant or loss to the victim), or both, and a term of supervised release of not more than three (3) years.

Special Assessment: $100.00

### Count Three

| | |
|---|---|
| Violation: | 42 U.S.C. § 408(a)(7)(A) (Use of an unauthorized Social Security Number) |
| Penalty: | Imprisonment of not more than 5 years, a fine of not more than $250,000.00 (or twice the pecuniary gain to the defendant or loss to the victim), or both, and a term of supervised release of not more than three (3) years. |
| Special Assessment: | $100.00 |

### Count Four

| | |
|---|---|
| Violation: | 18 U.S.C. 1028A (Aggravated Identity Theft) |
| Penalty: | Imprisonment of not more than 2 years in addition to the sentence imposed for the underlying felony, a fine of not more than $250,000.00 (or twice the pecuniary gain to defendant or loss to the victim), or both and a term of supervised release of not more than three (3) years. |
| Special Assessment: | $100.00 |