IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § § | CASE NO. 9:18CR45-1 |
| MARIA HERNANDEZ | § | |

## WAIVER OF RIGHTS AND CONSENT TO PROCEED BY VIDEO CONFERENCE

I, MARIA HERNANDEZ, the above named defendant, who is charged in an indictment with violation of  18: 911 False Representation of United States Citizenship and 18:1028A Aggravated Identity Theft  hereby voluntarily waive any and all rights I may have pursuant to the Confrontation Clause of the Sixth Amendment to the United States Constitution and pursuant to FED. R. CRIM. P. 43 and 11 and consent to proceed by video conference in the sentencing.

Executed this the __25th__ day of __June__, 2019.

_____
Defendant

_____
Ron Clark
United States Senior District Judge

_____
Attorney for Defendant