IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 9:18-CR-45 |
| | § | |
| MARIA HERNANDEZ | § | Judge Clark |

ORDER OF RELIEF FOR VICTIM OF IDENTITY THEFT

Before this Court is Government's Motion For Relief for Victim of Identity Theft (Dkt. #29). The Motion was presented at the sentencing hearing in this matter of Defendant, Maria Hernandez, who has, in this Court, pled guilty to, and been found guilty of, Aggravated Identity Theft, in violation of 18 U.S.C. §1028A, and of False Representation of United States Citizenship, in violation of 18 U.S.C. §911.   The Court has considered the Motion, the representations and arguments of counsel for the Government and counsel for Defendant, the letter submitted in accordance with the Victim Restitution Act by the victim of the Aggravated Identity Theft, Maria Hernandez Sigala, and the pleadings and papers on file in this case. The Court finds that Maria Elizabeth Sigala is a victim of identity theft by defendant Maria Hernandez, including the use by defendant Maria Hernandez of the victim's name and identifying information when Defendant Maria Hernandez was arrested in 2011 in Orange County, Florida; it is accordingly,

ORDERED that United States Marshal's Service send directly to the Florida Department of Law Enforcement a copy of defendant Maria Hernandez's fingerprints and booking photo in the above cause number for the specific use of comparison and determination of the true identity of the person arrested in the Orange County Sheriff's Office case number 11-4206 and all related

1

affidavits, booking photographs and offense reports;

Upon receipt of said fingerprints and booking photo the Florida Department of Law Enforcement should coordinate and assist the Orange County Sheriff's Office to determine the true identity of the person arrested in the Orange County Sheriff's Office case number 11-4206 and all related affidavits, booking photographs and offense reports; and

Should it be determined that the true identity of the person arrested in Orange County Sheriff's Office case number 11-4206 is defendant Maria Hernandez, then said case number 11-4206 and all affidavits, booking photographs and offense reports related thereto are to be amended to substitute the name of defendant Maria Hernandez for that of Maria Elizabeth Sigala, and that the name of Maria Elizabeth Sigala be removed as Defendant in that case or as a person connected to or involved in that case. Further any personal identifying information such as date of birth, Texas Identification card number, and social security number identified with the name Maria Elizabeth Sigala should be removed or redacted from the files and records of that case.

It is further ORDERED that should any party, or any person or entity affected by this Order, object to provisions of this Order or to the amendment of the report as ordered. then such objecting party, person, or entity shall, within 15 days of the receipt of a copy of   this order or notification of its contents, file a written objection thereto and show cause as to why such relief should not be granted to the victim of Defendant Hernandez's crimes.

So **ORDERED** and **SIGNED  June 26, 2019.**

_____
Ron Clark, Senior District Judge

2